**Motion Granted and Order filed November 7, 2014.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

**NO. 14-14-00897-CV**

_____

**IN RE STEVE GRIFFITH IN HIS OFFICIAL CAPACITY, DOUGLAS BRINKLEY IN HIS OFFICIAL CAPACITY, SCOTT SCHULTZ IN HIS OFFICIAL CAPACITY, AND MARK GROTHAUS IN HIS OFFICIAL CAPACITY, Relators**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS AND WRIT OF INJUNCTION**
**434th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCV-216856**

---

## ORDER

On November 6, 2014, relators Steve Griffith, Douglas Brinkley, Scott Schultz, and Mark Grothaus, all in their official capacity, filed a petition for writ of

mandamus and writ of injunction with this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In their petition, relators ask this court to order the Honorable James H. Shoemake, presiding judge of the 434th District Court of Fort Bend County, Texas, to either sign an order memorializing the trial court's decision to deny relators' plea to the jurisdiction, or, in the alternative, to vacate an order denying relators' motion to stay the underlying proceedings pending the resolution of relators' interlocutory appeal.

Relators also have filed with this court a motion for temporary relief. *See* Tex. R. App. P. 52.8(b), 52.10. On November 6, 2014, relators asked this court to stay proceedings in the trial court pending disposition by this court of relators' petition for writ of mandamus and writ of injunction.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** all proceedings in trial court cause number 14-DCV-216856, styled *Collision Clinic, L.L.C. and Hanna "John" Elias v. A&M Wrecker Service, LLC, et al.,* **STAYED** until a final decision by this court on relators' petition for writ of mandamus and writ of injunction, or until further order of this court.

In addition, the court requests that real parties in interest Collision Clinic, L.L.C. and Hanna "John" Elias file a response to relators' petition for writ of mandamus and writ of injunction on or before **November 24, 2014.** *See* Tex. R. App. P. 52.4.

2

PER CURIAM

Panel consists of Justices Boyce, Jamison, and Donovan.